1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  ALEXANDRA P. SUMMER (CABN 266485)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      alexandra.summer@usdoj.gov

8  Attorneys for United States of America

**FILED**

MAR 27 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-0173 TEH |
| Plaintiff, | STIPULATION REGARDING DETENTION APPEAL AND [PROPOSED] SCHEDULING ORDER |
| v. | |
| EDUARDO VALENZUELA, a/k/a "Lalo," | Hon. Thelton E. Henderson |
| Defendant. | Hearing: Monday, April 6, 2015 |

The parties stipulate and respectfully request that the Court hear the government's appeal of the magistrate court's release order on an expedited basis. The government will file a brief in support of its appeal by Tuesday, March 31, 2015. The defendant will file an opposition brief by Thursday, April 2, 2015. An initial appearance in district court has already been scheduled for April 6, 2015, at 2:30 p.m., and the parties respectfully request that the Court hear argument on the government's appeal at that time.

///

///

///

|   |   |
|---|---|
| DATED: March 27, 2015 | Respectfully submitted,<br><br>MELINDA HAAG<br>United States Attorney<br><br>__/s/_____<br>ALEXA SUMMER<br>Assistant United States Attorney<br><br>__/s/_____<br>MARK ROSENBUSH<br>Counsel for Defendant Valenzuela |

## [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause shown, the Court will hear the government's appeal of the magistrate court's release order on the following schedule:

The government shall file a brief in support of its appeal by Tuesday, March 31, 2015. The defendant shall file an opposition brief by Thursday April 2, 2015. The Court shall hear argument on the government's appeal at the hearing previously scheduled to occur before this Court on Monday, April 6, 2015, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 3/27/15

HON. ~~THELTON E. HENDERSON~~
United States District Judge
JON S. TIGAR