UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO VALENZUELA,<br><br>Defendant. | Case No. 15-cr-00173-TEH<br><br>**ORDER DENYING MOTION TO RECONSIDER STAY OF RELEASE ORDER** |

On March 26, 2015, Magistrate Judge Maria-Elena James granted Defendant Eduardo Valenzuela pretrial release subject to a $100,000 unsecured bond signed by three sureties and the surrender of Valenzuela's passport. The general duty judge ordered a stay of the release order pending expedited briefing on the government's appeal. Valenzuela now seeks reconsideration of the stay order on grounds that the government failed to inform the Court that its stay request was denied by Judge James, and that failure to lift the stay would "significantly slow down" or "delay[] for a considerable period of time" Valenzuela's release if this Court were to deny the government's appeal. Mot. at 3, 4. The government opposes Valenzuela's motion.

Contrary to the government's assertion, the recording of the March 26 hearing reveals that the government did request a stay from Judge James. While Valenzuela is therefore correct that the government's stay request inaccurately failed to indicate that the government had requested a stay from Judge James, the Court does not find reconsideration of the stay order appropriate on that ground. The request for a stay accurately reflected that Judge James agreed not to sign the release order until after Valenzuela had surrendered his passport and the sureties had signed the bond. The recording indicates Judge James's conclusion that a stay was not necessary because it would take some time for these conditions to be satisfied, which would give the government sufficient time to appeal.

Valenzuela's primary concern appears to be the delay that will result if this Court denies the government's appeal. Valenzuela is correct that the sureties cannot proceed to sign the bond while a stay is in place, and that this will result in some delay. However, the Court finds that any delay will not be significant and expects that the signatures could be obtained in one or two days. Valenzuela has presented no authority, or even argument, that such a short delay warrants reconsideration and reversal of the stay order.

Accordingly, Valenzuela's motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: 04/01/15

_____
THELTON E. HENDERSON
United States District Judge

2